**DENY; Opinion Filed January 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01067-CV

### IN RE BRIAN E. VODICKA, Relator

**Original Proceeding from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-08135**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court is relator's September 4, 2019 petition for writ of mandamus seeking relief with respect to two post-judgment discovery orders. In his petition, relator also challenges the trial court's jurisdiction, the denial of his motion to appear at an August 14, 2019 hearing by telephone, and the denial of his motion for continuance of the August 14 hearing.

To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, the mandamus record, and real party's response, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

We lift the stay issued by this Court on September 10, 2019.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191067F.P05